**E-filing**

1  VINCENT ROSENBALM

2  2100 NAPA VALLEJO HIGHWAY

3  NAPA, CALIFORNIA

4       UNITED STATE DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA     CV 08     1360

7       V                      } CRIMINAL    SI

8  JUDGE RICHARD FREEBORN       } COMPLAINT   (PR)

9  LAKE COUNTY SUPERIOR COURT   } CASE NUMBER:

10  255 FORBES STREET

11  LAKEPORT, CALIFORNIA 95453  } JURY TRIAL

12  1) I, THE UNDERSIGNED COMPLAINANT STATE

13  THAT THE FOLLOWING IS TRUE AND CORRECT

14  TO THE BEST OF MY KNOWLEDGE, ON OR ABOUT

15  MARCH 4, 2004 IN LAKE COUNTY

16  DEFENDANT(S) DID NOT ARRAIGN ME

17  WITHIN 72 HOURS VIOLATING MY

18  DUE PROCESS UNDER THE 14th AMENDMENT

19  OF THE UNITED STATES CONSTITUTION.

20  I FURTHER STATE I AM VINCENT ROSENBALM

21  A PROFESSIONAL GOLFER AND THIS CASE

22  IS BASED ON MISCONDUCT BY LAKE

23  COUNTY SUPERIOR COURT. I ASK FOR

24  A SUMMARY JUDGEMENT OF $5 MILLION

25  DOLLARS.   (ATTACHMENT INCLUDED)

26       VINCENT ROSENBALM

27       Vincent Rosenbalm

28       3/4/08

○

*CHAMBERS*

Citizens Complaint Penal Code 832.5 for Lake Superior Case CR-4000 and Con-rep

My name is Vincent Lee Rosenbalm and I believe Lake County has held me illegally while incarcerated and on CON-REP release program, similar to parole on Case CR-4000 by Lake County from 1993 to 2004 and 11 year case with release program. This document is to be used with my pardon request and hopefully retribution for misconduct that I will document on this form.

1. While in Patton State Hospital in 1998 my last year of incarceration of a 5 year sentence I was taken to San Bernardino Jail, yet never arraigned or charged. This is definite illegal and grounds to throw out this case. I know this happened in the spring just before I was released.

2. In March of 2004 at Lake County Jail I was not arraigned within 72 hours, after arrest in February in Ukiah I was taken to Lake County Jail on a Monday and not taken to court till Thursday late in the day. I was not arraigned within 72 hours. They attempted to dismiss the case illegally, saying the arrest was due to a computer error?

3. I ask for this Pardon due to 11 years with no arrest and I have obtained two college degrees, which includes an AS at Mendocino College and a BSM at Pacific Union College in Napa County. I also work as a professional golfer. Vincent Rosenbalm

4. The last 8 years I have worked mainly in the golf field at a driving range and several golf courses. I worked as a professional caddy and golfer. Since my release from custody in 1998 on CASE CR-4000 I have also worked for the state as a Security Guard and worked at Mendocino Community College.

; Vincent Rosenbalm

3/4/08

**FILED**

E-filing  PROOF OF MAIL Delivery 3/4/08

MAR 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SI**
**(PR)**

I am Vincent Rosenbalm
I am a citizen over 18
years of age.

on 3/4/08 I served the within
1) CRIMINAL COMPLAINT
2) ATTACHMENT
3) FORMA PAUPERIS Application
4) TRUST OFFICE RECORDS (2 sheets)
By placing a sealed envelope
in the Napa Hospital mail
ADDRESSED
COURT CLERK : RICHARD WIEKING
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
FROM
VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

Under the Penalty of Perjury
this is True and correct to
the best of my knowledge.

Vincent Rosenbalm
3/4/08

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

RECEIVED

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAI
COURT CLERK: RICHARD
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

9410233661 0004

UNITED STATES POSTAGE

02 1M
000 421 9468
MAILED FROM ZIP CODE 94558
MAR 05 2008

$ 00.58°

PITNEY BOWES