E-filing

FINANCIALS ARE ESTIMATES
V.R.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )   CASE NO. _____ 1360
                         )
    vs.                  )   PRISONER'S
JUDGE RICHARD Freeborn   )   APPLICATION TO PROCEED SI
LAKE COUNTY Superior Court)  IN FORMA PAUPERIS
         Defendant.      )
                         )                      (PR)

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: NAPA State Hospital

Gross: Approx $20 week    Net: Approx $20 week

Employer: NAPA State Hospital
2100 NAPA VALLEJO Highway, NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8       following sources:

9    a.   Business, Profession or                    Yes ✓ No ___
10         self employment
11   b.   Income from stocks, bonds,                 Yes ___ No ✓
12         or royalties?
13   c.   Rent payments?                             Yes ___ No ✓
14   d.   Pensions, annuities, or                    Yes ___ No ✓
15         life insurance payments?
16   e.   Federal or State welfare payments,         Yes ✓ No ___
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21  __WELFARE 12.⁵⁰ MONTH Hospital__
22  __AUTHOR HOUSE PUBLISHING $3²⁵ sale of Book__

23 3.   Are you married?                             Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____JDR (17)_____
6   _____

7   5.   Do you own or are you buying a home?       Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?  (2)   Yes ✓ No ___
10  Make SUBARU   Year 92, 93   Model Legacy
11  Is it financed? Yes ___ No ✓  If so, Total due: $_____
12  Monthly Payment: $ 0
13  7.   Do you have a bank account? Yes ___ No ∅ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ✓ No ___  Amount: $ 0.66 cents
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ✓ No ___
20  Personal Property Approx $10-15,000
21  8.   What are your monthly expenses?
22  Rent: $ ∅   Utilities: ∅
23  Food: $ ∅   Clothing: ∅
24  Charge Accounts:
25  Name of Account       Monthly Payment       Total Owed on This Acct.
26  _____   $_____   $_____
27  _____   $_____   $_____
28  _____   $_____   $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

STUDENT LOANS   Approx $5,-10,000

CREDIT CARD Debt Approx $5,-10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓   NOT SURE?

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/12/08                    Vincent Rosenbalm
DATE                       SIGNATURE OF APPLICANT

FINANCIAL ESTIMATES?
AS OF 3/12/08 I HAVE
0.00 IN TRUST
                V.R,

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 4 -

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

2/27/2008  
4:13:26PM

**NAPA STATE HOSPITAL**  
**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
Patient Ledger Report

Page 1 of 1

2069375   ROSENBALM, VINCENT

| # | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 08/27/2007 | 13-153936 | Cash Disbursement | cl v158 | $12.50 | | $5.00 |
| 2 | 09/24/2007 | 18-075238 | AB1013 Funds | $12.50 Receipts | | $12.50 | $17.50 |
| 3 | 09/24/2007 | 13-154124 | Cash Disbursement | cl v234 | $12.50 | | $5.00 |
| 4 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 5 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 6 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 7 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 8 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 9 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 10 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 11 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 12 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 13 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 14 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 15 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 16 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 17 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |

**TOTAL WITHDRAWLS / DEPOSITS:**            $133.25    $115.75

Case Number: CV08 1360 si pr

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  Vincent Rosenbalm  for the last six months
[prisoner name]
 Napa State Hospital  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 19.30  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.00 .

Dated: 2/27/08

_____
[Authorized officer of the institution]

- 5 -

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

LEGAL MAIL

Court Clerk: RICHARD WIEKING
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

$00.58
MAR 14 2008
MAILED FROM ZIP CODE 94558