VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY UNIT 56
NAPA, CA 94558
707 252-9949

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM          No. C08-279 si (pr)
     Plaintiff          No. C08-751 si (pr)
                         No C08-952 si (pr)
                         No C08-1360 si (pr)
                         No. C08-1474 si (pr)
                         No. C08-1503 si (pr)
                         No C08-1509 si (pr)
                         No C08-1603 si (pr)

          ORDER to SHOW CAUSE
THE FIRST REASON IS 1) ROSENBALM
V KLEIN 2) ROSENBALM V LUNGREN 3)
ROSENBALM V LUNGREN INVOLVE A
CASE IN WHICH I WAS NEARLY BEATEN
TO DEATH BY ABOUT 10 POLICE OFFICERS
AND it took MANY YEARS to Recover.
ALL THE CASES FILED THIS YEAR ARE
PART OF A CASE IN WHICH I WAS
ALMOST BEATEN TO DEATH BY
10 PEOPLE. THESE INCIDENTS INVOLVE
ATTEMPTED MURDER AND I AM
UNDER IMMINENT DANGER OF SERIOUS

CONTINUED ON PAGE 2

page 2

physical injury. BESIDES ATTEMPTS
to KILL ME, I MAY NEED SURGERY
ON MY RIGHT SHOULDER AND MY PRO-
FESSIONAL SPORTS CAREER IS IN DANGER.
IF YOU DON'T THINK ATTACKS
to KILL ME OR ATTEMPTED
MURDER IS NOT ENOUGH, YOU
MIGHT RECONSIDER WHEN THE
SWORD OF GOD STRIKES.
YOU CAN DISCRIMINATE AGAINST
ME BECAUSE I'M A JEW, BUT
YOU CAN'T HIDE FROM GOD ALMIGHTY
WHEN HE STRIKES THIS CORRUPTION.
YOU CANNOT HIDE FROM THE
FACTS YOUR JUDICIAL POLICE AND
OTHERS ATTEMPTED to KILL ME
THE LAST ATTEMPT BEING MAY 3, 2007.
IF THIS PATTERN CONTINUES BEWARE
OF THE SWORD!!!
UNDER THE PENALTY OF PERJURY
THIS IS true AND CORRECT to THE
Best OF MY Knowledge.
VINCENT ROSENBAUM
Vincent Rosenbalm
4/14/08
I will turn in more evidence
for this order soon, before May 2
2008!