1. VINCENT ROSENBALM
2. 2100 NAPA VALLEJO HIGHWAY UNIT 5
3. NAPA, CALIFORNIA 94558

FILED 4/27/2008
MAY 01 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4. U.S. DISTRICT COURT
5. ORDER TO SHOW CAUSE RECOMTEMPLATED DISMISSAL
6. CASE(S) C08-279 SI(pr), C08-751 SI PR, C08-952 sipr
7. C08-1360 SI(pr), C08-1479 sipr, C08-1503 sipr, C08-1504 sipr
8. C08-1603 sipr. DUE TO THE VIOLENCE AND ATTEMPT-
9. ED MURDER IN THESE CASE(S) THEY SHOULD BE
10. GRANTED FORMA PAUPERIS. DUE TO THE LARGE
11. AMOUNT OF HATE AND PREJUDICIAL MATTERS
12. THESE CASES AND OTHERS RELATED I BELIEVE
13. THESE MATTERS SHOULD NOT BE DISMISSED.
14. 1.) I AM NOT A PRISONER, BUT A PATIENT
15. IN A HOSPITAL, THEREFORE SECTION 1915(g)
16. DOES NOT APPLY TO ME! I DO NOT EVEN
17. HAVE THE RIGHTS OF A PRISONER.
18. 2) DUE TO THE LARGE AMOUNT OF JUDICIAL
19. MISCONDUCT IN THESE CASES AND RELATED
20. THEY SHOULD NOT BE DISMISSED. TO BE
21. DISMISSED WOULD BE MORE PREJUDICIAL
22. MISCONDUCT FOR THESE MATTERS.
23. 3) PERJURY AND POISON PLAY
24. A LARGE ROLE IN FURTHER
25. MISCONDUCT!!!
26. 4) WE HAVE DOCTORS AND POLICE
27. WHO HAVE COMMITTED PERJURY
28. AND FURTHER MISCONDUCT!

CONTINUED ON PAGE 2 (ILLSTON)

4/27/2008

1) 1986 - MENDOCINO SHERIFF SHOT AT ME WHILE I WAS UNARMED (SHERIFF PERJURY)

2) 1993 ARRESTED FOR LAKE COUNTY CASE IN FLORIDA - BEATEN ALMOST TO DEATH BY ABOUT 10 POLICE OFFICERS (CASE CR-4000) ROSENBALM V KLEIN / ROSENBALM V LUNGREN

3) MAY 3, 2007 Beaten ALMOST TO DEATH BY ABOUT 10 HOSPITAL WORKERS (NAPA)

4) OCTOBER 23, 2006 AND NOVEMBER 13, 2006 SUBMITTED Habeas CORPUS WRITS TO JUDGE MAYFIELD (ON RECORD) REMAIN UNANSWERED

5) EVIDENCE OF HUNDREDS OF FEDERAL AND STATE CRIMES SUBMITTED TO FEDERAL COURT, BUT JUDGE ILLSTON WANTS TO DESTROY EVIDENCE BY DISMISSING CASE(S) JUDICIAL MISCONDUCT EXISTS WITH JUDGE MAYFIELD AND JUDGE ILLSTON.

6) THESE CASES HAVE EVIDENCE OF PERJURY by (2) POLICE (CABRAL, STARK) AND (2) DOCTORS (ROSOFF, WILTSE) JUDGE ILLSTON IS SEEKING TO DESTROY EVIDENCE IN THIS MALICIOUS PROSECUTION. UNDER THE PENALTY OF PERJURY THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Vincent Rosenbalm

# U.S. District Court
# Northern District of California
# 3/10/08

This complaint is based on the misconduct of Police Officer Glenn Stark who I believe committed dozens of crimes on or about September 22, 2006 in Mendocino County. Some of the crimes I believe he committed include:

- Perjury
- Extortion
- Theft
- Burglary
- Illegal Imprisonment
- Kidnapping

After a traffic stop on or about 9/22/06 Mr Stark stole about $5600 cash and checks and booked me to appear in court, yet no case ever appeared on the court docket?? After I was release OR from the police station I found my house destroyed and a search warrant from Glenn Stark in my house. Jewelry, vacation and travel vouchers were missing from my resident and other important property. The search warrant was missing a DA signature on it. How can a search warrant with no DA signature be legal. He also took my cell phone after arrest, other crimes were committed.

Vincent Rosenbalm

3/10/08

# Citizens Complaint Penal Code 832.5

My name is Vincent Rosenbalm and I am illegally imprisoned my Ed Foulk who is in charge of Napa State Hospital in Napa, California. Ed Foulk has made it a point to violate my constitutional rights while incarcerated here from February 7, 2007 to present. I have been denied access to a typewriter or computer for months and now only can use one half and hour a day? I was refused religious services of my choice, because ED Foulk and his staff refused me access to the Jewish synagogue for over 6 months from February to August. This is in violation of the Unruh Act! Furthermore I have been denied mail service several times. His staff beat me and attempted to kill me in May after they drugged me illegally; I consider this a serious offense to be poisoned illegally. Doctor Wiltse filed a false Doctors report to illegally drug me on or about February 20, 2007. My hope is Ed Foulk comes to realize the serious consequences of his actions and this court case is stopped and I am released.

Signature *Vincent Rosenbalm*

Date    1/3/08

PROOF OF SERVICE          4/28/2008

CASE NUMBER: C07-4197 SI pr
Case Name: Rosenbalm v FOUCK

I am Vincent Rosenbalm a United States citizen over 18 years of age.

ON 4/29/2008 I served the within
1) Order to Show CAUSE   6 copies
2) 2 Attachment(s)        6 copies

By placing a sealed envelope in the Napa State Hospital Mail Addressed to:

Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

From
    Vincent Rosenbalm
    2100 Napa Vallejo Highway Unit 5
    Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

                                Vincent Rosenbalm


Vincent Rosenbalm
2100 Napa Vallejo Highway Units
Napa, CA 94558

LEGAL MAIL
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102


